ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUANE FIELDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C. R. BARD INC., a Foreign Corporation; BARD PERIPHERAL VASCULAR INC., an Arizona Corporation; MCKESSON CORPORATION, a Corporation,<br><br>　　　　Defendants. | CASE NO. 3:20-CV-00473-MMD-BNW<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

　　　　Defendants C. R. BARD, INC., BARD PERIPHERAL VASCULAR, INC. and MCKESSON CORPORATION hereby substitute Greenberg Traurig, LLP as counsel of record in this action in place and stead of Hartline Barger LLP.

　　　　Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135, (702) 792-3773.

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 52248500v1

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 2nd of September 2020.

| **C. R. BARD, INC.** | **BARD PERIPHERAL VASCULAR, INC.** |
| --- | --- |
| Defendant | Defendant |
| By: /s/ Greg A. Dadika | By: /s/ Greg A. Dadika |
| Its: Associate General Counsel, Litigation | Its: Associate General Counsel, Litigation |

**MCKESSON CORPORATION**
Defendant

By: /s/ Sandra Zamora
Its: Managing Counsel, Litigation

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 2nd day of September 2020.

                         **HARTLINE BARGER LLP**

By: /s/ Melissa Dorman Matthews
MELISSA DORMAN MATTHEWS, ESQ.
JORDAN E. JARREAU, ESQ.
8750 N. Central Expressway, Suite 1600
Dallas, Texas 75231
Telephone: (214) 369-2100

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 2nd day of September 2020.

                         **GREENBERG TRAURIG, LLP**

IT IS SO ORDERED

DATED: 4:16 pm, September 03, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

By: *Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
*Counsel for Defendants*