ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUANE FIELDER,

Plaintiff,

vs.

C. R. BARD INC., a Foreign Corporation; BARD PERIPHERAL VASCULAR INC., an Arizona Corporation; MCKESSON CORPORATION, a Corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 3:20-CV-00473-MMD-BNW

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MCKESSON CORPORATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendant McKesson Corporation, with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This dismissal does not toll or extend any applicable statute of limitations.

**IT IS SO STIPULATED.**

DATED this 2nd day of September 2020.

**FEARS NACHAWATI, PLLC**

*/s/ Steven Schulte*
Steven Schulte
Texas Bar No. 24051306
Email: schulte@fnlawfirm.com
Eric Przybysz
Texas Bar No. 24102381
Email: ericp@fnlawfirm.com
Darren McDowell
Texas Bar No. 24025520
Email: dmcdowell@fnlawfirm.com
5473 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Counsel for Plaintiff Duane Fielder*

**GREENBERG TRAURIG, LLP**

*/s/ Eric W. Swanis*
Eric W. Swanis
Nevada Bar No. 6840
Email: swanise@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773

*Counsel for Defendant McKesson Corporation*

**IT IS SO ORDERED.**

DATED: September 3, 2020

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                                                */s/ Shermielynn Irasga*
                                                An employee of GREENBERG TRAURIG, LLP