ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUANE FIELDER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C. R. BARD INC., a Foreign Corporation; BARD PERIPHERAL VASCULAR INC., an Arizona Corporation; MCKESSON CORPORATION, a Corporation,; and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | CASE NO. 3:20-CV-00473-MMD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ACTIVE 56538018v3

**IT IS SO STIPULATED.**

DATED this 12th day of April 2021.

| | |
|---|---|
| **FEARS NACHAWATI, PLLC** | **GREENBERG TRAURIG, LLC** |
| By: /s/ Steven Schulte<br>Steven Schulte<br>(*Admitted PHV*)<br>Texas Bar No. 24051306<br>Email: schulte@fnlawfirm.com<br>5473 Blair Road<br>Dallas, TX 75231<br>Telephone: (214) 890-0711<br>Facsimile: (214) 890-0712 | By: /s/ Eric W. Swanis<br>Eric W. Swanis<br>Nevada Bar No. 6840<br>Email: swanise@gtlaw.com<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br><br>*Counsel for Defendants* |
| Mike H. T. Nguyen<br>Nevada Bar No. 12055<br>NGUYEN & ASSOCIATES, LLC<br>6831 Ponderosa Way<br>Las Vegas, NV 89118<br>Telephone: (702) 999-8888<br>m_nguyen@thenguyenlaw.com | |
| *Counsel for Plaintiff* | |

**IT IS SO ORDERED.**

Dated this  13th of  April  , 2021.

_____
**UNITED STATES DISTRICT JUDGE**

2

ACTIVE 56538018v3

## CERTIFICATE OF SERVICE

I hereby certify that on **April 12, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

/s/ *Shermielynn Irasga*
An employee of GREENBERG TRAURIG, LLP
